**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Antonio CONTRERAS–SANCHEZ, aka
Antonio Sanchez–Contreras,
Defendant—Appellant.**

No. 01–10531.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002.*

Decided Aug. 1, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: BROWNING, KOZINSKI, and BERZON, Circuit Judges.

## MEMORANDUM **

Antonio Contreras–Sanchez appeals from his guilty plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326(a), with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b). Sanchez's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating there are no arguable issues for review and seeking to withdraw as counsel of record. Contreras–Sanchez has not filed a pro se supplemental brief.

As part of the plea agreement, Contreras–Sanchez "waive[d] any right to appeal or collaterally attack" the district court's judgment or sentence. Having independently reviewed the record, we are satisfied that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily. *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998). We therefore enforce the waiver, grant the motion to withdraw, and dismiss the appeal.

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

